# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SINALOA HOBSON,

          Plaintiff,

   v.

NATIONAL RAILROAD PASSENGER,
CORPORATION d/b/a AMTRAK

          Defendant,

Case No. 1:16-cv-00017 TSC

## JOINT STATUS REPORT

Pursuant to the Court's September 22, 2016 Minute Order, Plaintiff Sinaloa Hobson ("Plaintiff") and Defendant National Railroad Passenger Corporation, d/b/a Amtrak ("Amtrak") (collectively referred to as the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report

*Plaintiff's Position Statement*

Following the conclusion of the hearing held before this honorable Court on April 20, 2016, Defendant AMTRAK opted not to pursue alternative dispute resolution, and the parties exchanged written discovery. Pursuant to Defendant's request, Ms. Hobson was deposed on June 14, 2016. Following the Plaintiff's deposition, Plaintiff's counsel requested dates of availability from Defendant's former counsel, Morgan, Lewis & Bockius, LLP, specifically dates of availability for the following witnesses identified in the Plaintiff's Complaint: Anthony Kelley, William Vullo, Kris Hamilton, Jason Foxley, Joseph Wilson, Michael Lachica, and Jeff Mead. Defendant AMTRAK advised that Mr. Mead was no longer an employee of AMTRAK and provided his last known address; with respect to the other aforementioned witnesses, they were initially made available for deposition on various dates in July 2016 and notices were sent pursuant to the Federal Rules of Civil Procedure for the depositions to be taken as follows: William Vullo (July 20), Michael Lachica (July 22), Kris Hamilton (July 27), Joseph Wilson

(July 29), Jason Foxley (July 29). At the time notices for these witnesses were sent, former counsel for Defendant AMTRAK represented that they were attempting to obtain the availability of Anthony Kelley for July 27-29.

On July 18, 2016, two days prior to the deposition of Mr. Vullo, Defendant's former counsel informed Plaintiff's counsel via e-mail that Mr. Vullo's deposition, in addition to those properly noted for the aforementioned witnesses, would have to be rescheduled due to her attending a convention and her co-counsel being "unavailable". In the same e-mail, she further advised that with respect to the depositions, "We will need to reschedule to mid-August."

On August 1, 2016, Plaintiff's counsel requested that dates in mid-August be provided per the Defendant's prior representation. Former counsel for Defendant AMTRAK responded: "Could you give me a couple of days and then I can arrange folks based on those days? That will be easier. I will be out August 15th and 24th – September 8th." After an exchange of e-mails, on August 3, former counsel for Defendant represented in an e-mail that "If it works to schedule them all in September, it would be easier on our end." Subsequently, amended notices of deposition were sent out for the aforementioned witnesses. On August 29, Plaintiff's counsel also requested dates of availability for the depositions of Julia Messick and Susan Mangatal.

On Friday, September 2, 2016 at 9:22 p.m., Defense witness Kris Hamilton sent Plaintiff's counsel an unsolicited email stating as follows: "Good evening Mr. Jackson. I have received paperwork requesting my presence for deposition on Wednesday, September 28th at 10:00 a.m. Unfortunately, I cannot come on the 28th. I am free on the 27th and 29th. Just not the 28th. Please let me know which of the 2 alternate days fits your schedule better. Thank you, Kris Hamilton." Plaintiff's counsel did not respond to Mr. Hamilton's e-mail. On Saturday, September 3 at 12:36 a.m., Plaintiff's counsel forwarded the e-mail to former Defense counsel and stated "See below. Please inform your client that the amended notice for the deposition was scheduled pursuant to the dates you previously provided and will go forward as set forth in the Amended Notice. Thanks."

On September 5, former Defense counsel responded stating "If he is not available, then it will not go forward. I will advise him not to contact you directly. I am out of the office until September 12th and will not have email access or be able to deal with these issues before then." Following receipt of this email, Plaintiff's counsel contacted the court attempting to schedule a conference regarding this potential discovery dispute. The Court, upon being contacted, requested a Joint Statement be submitted and on September 12, former Defense counsel sent Plaintiff's counsel an email stating "Hamilton can be available on the 28th. Do you still want to go forward with the joint submission?" Plaintiff's counsel responded that the submission would not be necessary in light of Mr. Hamilton's appearance. On September 13, Plaintiff's counsel reiterated in an email to former Defense counsel that dates had still not been provided for the depositions of AMTRAK employees Julia Messick or Susan Mangatal. That same day, former Defense counsel responded to Plaintiff's query via email stating "We will get back to you regarding these dates. Thanks." On September 14, Plaintiff's counsel requested of former defense counsel dates of availability for the deposition of AMTRAK employee Michael Hans.

Plaintiff conducted the depositions of William Vullo and Anthony Kelley on September 15 and 16, respectively. The depositions of Messrs. Hamilton, Lachica, Wilson, and Foxley were to be taken prior to the conclusion of September beginning on Wednesday, September 28. On Sunday, September 25, former Defense counsel sent Plaintiff's counsel an email stating as follows: "Governor, As you know, my firm is transitioning the Hobson matter to Libby and her firm. In light of this, my firm will not be handling the depositions of the remaining fact witnesses. Please coordinate with Libby directly on rescheduling the remaining depositions and any other issues related to the case going forward." Defendant's current counsel, Libby Henninger, Esq. of Littler Mendelson, P.C. was CC'd on this correspondence.

Upon receipt of this correspondence on September 25, Plaintiff's counsel requested of Defendant's current counsel via e-mail whether amended notices could be sent for the depositions of Messrs. Hamilton, Lachica, Wilson, and Foxley to take place at her office "to keep the current schedule if possible given the pending discovery deadline and the prior

difficulty in arranging witness availability." Defense counsel responded that same day by stating, in part, "As we are still finalizing the transition I am not in the position to go forward with the depositions this week but will consult with the witnesses on upcoming availability to reschedule. Thanks, Libby." There has not been any discovery that has taken since the date of this exchange.

To date, the Plaintiff has requested the availability of the following AMTRAK employees who have not yet been produced for deposition: Kris Hamilton, Michael Lachica, Jason Foxley, Joseph Wilson, Michael Hans, Susan Mangatal, and Julia Messick.


*Defendant's Position*

Plaintiff's purported request seeking to "compel" Amtrak to provide dates for depositions Plaintiff has request is premature and without basis. Amtrak has been working diligently to complete discovery in this matter. The Parties have propounded and exchanged written discovery responses. Plaintiff's deposition has been completed. Plaintiff has taken the depositions of fact witnesses Anthony Kelley and William Vullo. Plaintiff has noticed the deposition of fact witness Jeff Mead for October 11, 2016. The depositions of fact witnesses Michael Lachia, Kris Hamilton, Jason Foxley and Joseph Wilson were scheduled to occur the week of September 26, 2016. However, a trial which defense counsel was handling in the United States District Court for the Eastern District of Virginia was unexpectedly extended into the week of September 26, requiring Amtrak to postpone the depositions which were scheduled to take place during that same time period in this matter.

As Plaintiff indicated above, Amtrak is presently transitioning its counsel in this matter, as noted by the notice of appearance filed by undersigned counsel on September 16, 2016. To that end, undersigned counsel is actively working with counsel for Plaintiff to coordinate the scheduling of the outstanding depositions requested by Plaintiff. On September 30, 2016, undersigned counsel advised Plaintiff's counsel via electronic mail that Susan Mangatal and Julia Messick are available for deposition on either October 12 or 13, 2016. Moreover, in that same correspondence, Amtrak's counsel requested availability from Plaintiff's counsel for the weeks

of October 17 and October 24 to complete depositions.  As of the date of this filing, Amtrak has not received a response to this request.

Dated: October 3, 2016

/S/ Governor E. Jackson, III
Governor E. Jackson, III (Bar No. 1002797)
Law Office of Governor Jackson, III LLC
400 E. Joppa Rd., Suite 50
Towson, Maryland 21286
gjackson@governorjacksonlaw.com
Phone: 410.528.5150

*Attorney for Plaintiff Sinaloa Hobson*

/s/ S. Libby Henninger
S. Libby Henninger, Esq. (Bar No. 976352)
Littler Mendelson, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
Telephone: 202-772-2527
Fax: 202-315-3345
lhenninger@littler.com

*Attorney for Defendant National Railroad Passenger Corporation, d/b/a Amtrak*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2016, a copy of this Joint Motion for Reconsideration was filed via ECF.

/s/ Governor E. Jackson, III
Governor E. Jackson, III