## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SINALOA HOBSON,

        Plaintiff,

    v.

NATIONAL RAILROAD PASSENGER,
CORPORATION d/b/a AMTRAK,

        Defendant,

Case No. 1:16-cv-00017-TSC

## DEFENDANT'S RULE 26(a)(2) DISCLOSURE OF EXPERT TESTIMONY

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Defendant" or "Amtrak") hereby discloses and designates the following witness who is expected to testify at trial as an expert. Amtrak reserves the right to call the following individual as an expert witness in this matter in addition to any expert witnesses or lay witnesses who may be called to render an opinion and who are identified or called to testify.

1. Ryan S. Shugarman, M.D.
   901 N. Washington Street
   Suite 601
   Alexandria, Virginia 22314

Dr. Shugarman is a Board-Certified General and Forensic Psychiatrist. Dr. Shugarman is expected to testify at trial, either orally or by deposition, as an expert with regard to the nature, extent and causation of the mental and emotional distress injuries allegedly suffered by Plaintiff Sinaloa Hobson ("Plaintiff") during her employment; the existence and effect of non-employment factors, and an assessment of characteristics affecting Plaintiff's interactions with others; Plaintiff's cognitive, physical, psychological, and emotional symptoms, if any, from a

neuropsychiatric standpoint; Plaintiff's claims and the findings of Plaintiff's treating physicians, other healthcare professionals, and experts; and Plaintiff's alleged damages. Dr. Shugarman is also expected to respond to any opinions, conclusions, or testimony on these issues offered by Plaintiff, Plaintiff's designated expert(s), if any, any of Plaintiff's healthcare providers, or any other healthcare expert designated by Plaintiff in Dr. Shugarman's areas of expertise.

A copy of Dr. Shugarman's report, including his medical training, publications, professional organizations, rates, and previous testimony in other matters as required by Rule 26(a)(2) is attached as Exhibit A. Dr. Shugarman may illustrate each of his opinions with exhibits at trial. Therefore, Amtrak reserves the right to use demonstrative exhibits at trial. Dr. Shugarman's report and opinions, as well as the documents Amtrak plans to use as exhibits at trial are subject to supplementation based on further discovery.

In addition, Amtrak reserves the right to call any witnesses listed by Plaintiff in her designation of expert or other witnesses. Amtrak reserves the right to supplement this expert disclosure under Federal Rule of Civil Procedure 26(a)(2)(D) and 26(e) at any time if and when the need for such witnesses becomes apparent during the course of discovery and trial preparation. Amtrak further reserves the right to request that the Court grant Defendant leave to either augment or amend its expert witness list. Amtrak also reserves the right to call any and all of Plaintiff's treating healthcare providers, if any, and any physicians or medical professionals identified by Plaintiff in this litigation regarding Plaintiff's alleged injuries and/or mental condition. Amtrak also reserves the right to call additional experts at trial, if necessary, for purposes of rebuttal or impeachment.

Dated: January 17, 2017

/s/ S. Libby Henninger
S. Libby Henninger (Bar No. 976352)
Littler Mendelson, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
Telephone: 202-772-2527
Fax: 202-315-3345
lhenninger@littler.com

*Attorney for Defendant National Railroad*
*Passenger Corporation, d/b/a Amtrak*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 17th day of January 2017, I transmitted a copy of the

foregoing via first class mail and electronic mail to:

Governor E. Jackson, III (Bar No. 1002797)
Law Office of Governor Jackson, III LLC
400 E. Joppa Rd., Suite 50
Towson, Maryland 21286
gjackson@governorjacksonlaw.com
Phone: 410.528.5150


/s/ S. Libby Henninger
S. Libby Henninger (Bar No. 976352)
Littler Mendelson, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
Telephone: 202-772-2527
Fax: 202-315-3345
lhenninger@littler.com

*Attorney for Defendant National Railroad
Passenger Corporation, d/b/a Amtrak*