UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SINALOA HOBSON,

      Plaintiff,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

      Defendant.

Case No. 1:16-cv-00017-TSC

### DEFENDANT'S NOTICE OF UNNECESSARY FILING

On January 17, 2017, Counsel for Defendant, National Railroad Passenger Corporation, filed a Rule 26(a)(2) Disclosure of Expert Testimony ("Disclosure") using the CM/ECF system. The Disclosure was also served upon Plaintiff's Counsel by mail. Because the Disclosure was filed after the Court's operating hours, the filing could not be brought to the Clerk of Court's attention and corrected until today, January 18, 2017. At approximately 9:00 AM on January 18, 2017, Defendant's Counsel's paralegal contacted the Clerk of Court and notified the Clerk that the Disclosure, ECF No. 22, related to a discovery matter; and, therefore, was not required to be filed with the CM/ECF system. *See also* D.D.C. LCvR 5.2(a). Thereafter, the Clerk of Court temporarily removed the Disclosure from the Docket in light of its status as an unnecessary filing. The Disclosure can now be permanently removed from the Docket.

Dated:  January 18, 2017

                                                */s/ S. Libby Henninger*
S. Libby Henninger (Bar No. 976352)
Littler Mendelson, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
Telephone: 202-772-2527
Fax: 202-315-3345
lhenninger@littler.com

*Counsel for Defendant National Railroad Passenger Corporation, d/b/a Amtrak*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which caused a copy of the foregoing to be delivered to:

>Governor E. Jackson, III (Bar No. 1002797)
>Law Office of Governor Jackson, III LLC
>400 E. Joppa Rd., Suite 50
>Towson, Maryland 21286
>gjackson@governorjacksonlaw.com
>Phone: 410.528.5150

>*/s/ S. Libby Henninger*
>S. Libby Henninger